**Candice Lue**
4122 Bel Vista Court, Lodi, New Jersey 07644

---

December 10, 2019



Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: <u>Lue v. JPMorgan Chase & Co., et al - Civil Action No.: 19 CV 9784 (KPF) (SDA) – I, Plaintiff, Candice Lue Did Not File a "Second Amended Complaint" on December 4, 2019 with the Court – (Docket # 19)</u>

Dear Judge Failla:

    Please be advised that I did not file a "Second Amended Complaint" with the Court on December 4, 2019 as is shown as docket # 19 on the Court's docket. My First Amended Complaint dated and filed by me on October 30, 2019 (docket # 4) still stands.

    With that said, I respectfully ask that Your Honor direct the Court to send me a copy of the said "Second Amended Complaint" for me to see what was said to have been filed by me as I do not have access to Pacer.

    Please see a copy of the Court's docket sheet that I retrieved from the website Pacermonitor.com on December 10, 2019 showing docket #19 attached.

Respectfully,

*Candice S. M. Lue*
Candice Lue

Attachments: Copy of the Court's docket sheet and Affirmation of Service to Defendants' attorneys, Robert S. Whitman and Anshel Kaplan of Seyfarth Shaw LLP.

Certified Mail Return Receipt Requested.

Plaintiff is hereby advised that a second amended complaint was mistakenly filed on the docket of this case on December 4, 2019. That document has since been deleted from the docket. The Court understands that no second amended complaint has been filed, and Plaintiff's Amended Complaint, filed on October 30, 2019 (Dkt. #4) remains the operative pleading.

The Court also notes that a pre-motion conference concerning Defendants' anticipated motion to dismiss has been scheduled for February 18, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The clerk of court is directed to terminate the motion pending at docket entry 19.

Dated:   December 18, 2019  
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Candice Lue  
4122 Bel Vista Court  
Lodi, NJ 07644