**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CANDICE LUE,

                Plaintiff,

-against-                           19 **CIVIL** 9784 (KPF)

## JUDGMENT

JPMORGAN CHASE & CO.; ALEX KHAVIN;
FIDELIA SHILLINGFORD; KIMBERLY
DAUBER; BARUCH HOROWITZ; CHRIS
LIASIS; and MICHELLE SULLIVAN,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 23, 2021, Defendants' motion to dismiss is GRANTED with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          March 24, 2021

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                            **BY:**
                                                    **Deputy Clerk**