UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDICE LUE,<br><br>                            Plaintiff,<br><br>                    -v.-<br><br>JPMORGAN CHASE & CO.; ALEX KHAVIN; FIDELIA SHILLINGFORD; KIMBERLY DAUBER; BARUCH HOROWITZ; CHRIS LIASIS; and MICHELLE SULLIVAN,<br><br>                            Defendants. | 19 Civ. 9784 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 10, 2022, the Second Circuit issued a mandate remanding this case back to the District Court for further proceedings to determine whether there exists complete diversity of citizenship between the parties. (Dkt. #43).

Prior to the issuance of the Second Circuit mandate, Plaintiff submitted a letter, dated April 20, 2022, communicating her belief that at least two of the Defendants "lived permanently in [her] home state of New Jersey at the time of the serving of this lawsuit." (Dkt. #42). In light of this representation, the Court wishes to hear from Defendants on the issue of subject matter jurisdiction.

Accordingly, Defendants are hereby ORDERED to submit a letter on or before **May 31, 2022**, outlining their view on whether complete diversity exists between the parties in this case.

SO ORDERED.

Dated: May 10, 2022
         New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge